UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL WILLIAM DEVELTER, | No. 2:22-cv-1389 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CRAVEN, et al., | |
| Defendants. | |

Plaintiff, a county prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff did not answer questions 3b, 3c and 3e. (ECF No. 2 at 1.) In addition, plaintiff answered three of the questions in the affirmative, but only provided detailed financial information as to one of the questions. (Id.) Plaintiff is required to provide detailed financial information if he seeks leave to proceed in forma pauperis.[1]

Moreover, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of

---

[1] Plaintiff added that he "will pay the fees in full when [he is] released." (ECF No. 2 at 1.) However, if plaintiff is not granted leave to proceed in forma pauperis, he must pay the filing fees in full in order to proceed with this action.

1

the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff is provided the opportunity to submit a completed in forma pauperis application and a certified copy of his inmate trust account statement in support of his application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  August 10, 2022

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/deve1389.3c+new