UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL WILLIAM DEVELTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRAVEN, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-1389 KJN P<br><br><br>ORDER |

　　　　Plaintiff, a Sacramento County Jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. On August 10, 2022, plaintiff was ordered to file, within thirty days, a completed application to proceed in forma pauperis. On September 6, 2022, plaintiff notified the court that he had submitted certain documents to a jail officer, but asked the court to send another set of forms in case the court had not yet received the completed application. On September 6, 2022, the clerk's office sent plaintiff a response along with an application to proceed in forma pauperis. Good cause appearing, plaintiff is granted an additional thirty days in which to comply with the court's August 10, 2022 order (ECF No. 4).

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff is granted an additional thirty days from the date of this order in which to submit a completed application to proceed in forma pauperis, as well as a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: September 12, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/deve1389.36