UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL WILLIAM DEVELTER, | No. 2:22-cv-1389 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CRAVEN, et al., | |
| Defendants. | |

      Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2022, plaintiff was directed to submit a completed application to proceed in forma pauperis, and a certified trust account statement. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, included the second page of the in forma pauperis application, or a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint and obtained the certification required on the application form. See 28 U.S.C. § 1915(a)(2). In addition, plaintiff's filing is not signed. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Plaintiff is provided the opportunity to submit the completed application, signed by plaintiff, as well as the certified copy in support of his application to proceed in forma pauperis.

      In accordance with the above, IT IS HEREBY ORDERED that:

1

1. Plaintiff shall submit, within thirty days from the date of this order, a completed and signed application to proceed in forma pauperis, as well as a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint and the certification required on the application form. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: September 19, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/deve1389.3e