UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL WILLIAM DEVELTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CRAVEN, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-1389 KJN P<br><br><br>ORDER |

　　　　Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983.  On September 19, 2022, plaintiff was directed to submit a completed application to proceed in forma pauperis, and a certified trust account statement.  Plaintiff has filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application is missing the second page and plaintiff has not filed a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint, nor obtained the certification required on the application form.  See 28 U.S.C. § 1915(a)(2). On September 26, 2022, plaintiff explained his difficulty in obtaining the trust account statement and sought additional time to comply with the court's order.

　　　　Good cause appearing, plaintiff is granted an extension of time to submit a properly completed application to proceed in forma pauperis and the certified copy of his jail trust account statement in support of his application.  The court observes that the last two applications to

proceed in forma pauperis did not contain both pages and because the second page was omitted, the filings did not bear plaintiff's signature.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  Thus, plaintiff is cautioned that he must provide an entire application to proceed in forma pauperis and ensure that the application bears his signature and is dated by plaintiff.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's requests to proceed in forma pauperis (ECF Nos. 9 & 14) are disregarded as incomplete;
2. Plaintiff shall submit, within thirty days from the date of this order, a completed and signed application to proceed in forma pauperis, as well as a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint and the certification required on the application form.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.
3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  October 3, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/deve1389.3e(2)