UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL WILLIAM DEVELTER,<br><br>            Plaintiff,<br><br>      v.<br><br>CRAVEN, et al.,<br><br>            Defendants. | No.  2:22-cv-1389 KJN P<br><br><br>ORDER |

       Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983.  On October 3, 2022, plaintiff was directed to submit a completed application to proceed in forma pauperis, and a certified trust account statement.  Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff's application is missing the second page and plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint or obtained the certification required on the application form.  See 28 U.S.C. § 1915(a)(2).  On October 11, 2022, plaintiff explained his difficulty in obtaining the trust account statement and sought additional time to comply with the court's order.

       Plaintiff's application to proceed in forma pauperis does not bear plaintiff's signature.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  Thus, plaintiff is cautioned that he must

provide an entire application to proceed in forma pauperis and ensure that the application bears his signature and is dated by plaintiff.[1]

Good cause appearing, plaintiff is granted an extension of time to submit a properly completed application to proceed in forma pauperis and the certified copy of his jail trust account statement in support of his application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 17) is granted;

2. Plaintiff's request to proceed in forma pauperis (ECF No. 18) is disregarded as incomplete;

3. Plaintiff shall submit, within thirty days from the date of this order, a completed and signed application to proceed in forma pauperis, and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

4. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  October 18, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/deve1389.3e(3)+36

---

[1] This is the third time plaintiff has been reminded of his obligation to sign documents submitted to the court for filing. (ECF Nos. 11, 16.) Plaintiff is cautioned that failure to comply with court orders may result in a recommendation that this action be dismissed. Fed. R. Civ. P 41(b).