UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL WILLIAM DEVELTER, | No. 2:22-cv-1389 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CRAVEN, et al., | |
| Defendants. | |

Plaintiff, a former Sacramento County Jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. On October 20, 2022, plaintiff's complaint was dismissed and plaintiff was granted leave to file, within thirty days, an amended complaint. (ECF No. 21.) Subsequently, plaintiff was transferred to the Napa State Hospital. On November 10, 2022, plaintiff filed a document stating he is not serving time for a conviction, but was on probation when he was arrested. (ECF No. 24.) On November 18, 2022, plaintiff wrote the Clerk of Court asking if plaintiff won his appeal. (ECF No. 26.) Plaintiff also asked for a "brief explanation of what [he is] is waiting for." (Id.)

Plaintiff is advised that his complaint was dismissed, and plaintiff is required to file an amended complaint that complies with the October 20, 2022 order. In light of plaintiff's recent transfer and apparent confusion over the status of his case, the Clerk is directed to send plaintiff a copy of the October 20, 2022 order and the form for filing a civil rights action by a prisoner.

1

Good cause appearing, plaintiff is granted an additional thirty days in which to comply with the court's October 20, 2022 order (ECF No. 21).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint that complies with the October 20, 2022 order;

2. The Clerk of the Court is directed to send plaintiff a copy of the October 20, 2022 order (ECF No. 21), and the form for filing a civil rights complaint by a prisoner.

Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  December 1, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/deve1389.eot