UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL WILLIAM DEVELTER, | No. 2:22-cv-1389 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CRAVEN, et al., | |
| Defendants. | |

Plaintiff, a former Sacramento County Jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983.  On October 20, 2022, plaintiff's complaint was dismissed and plaintiff was granted leave to file an amended complaint within thirty days.  (ECF No. 21.)  Subsequently, plaintiff was transferred to the Napa State Hospital.  On December 1, 2022, in response to his request for status, plaintiff was granted an additional thirty days in which to file an amended complaint.  On December 22, 2022, plaintiff wrote the Clerk of the Court, claiming he was "still waiting" for a decision in this case.[1]  However, the undersigned previously explained to plaintiff that his complaint was dismissed, and he is required to file an amended complaint that complies with the October 20, 2022 order.  (ECF No. 21 at 1.)

---

[1] Plaintiff also claimed that he thought the U.S. District Court is a higher court than the superior court.  (ECF No. 28 at 2.)  Plaintiff is advised that the superior court is a state court; if he wishes to appeal an order from the superior court, he must file it in the California Court of Appeals.  The U.S. District Court is a federal court, and does not have supervisory jurisdiction over state courts.

1

1    In an abundance of caution, plaintiff is granted one final extension of time in which to comply with the court's October 20, 2022 order (ECF No. 21).  Failure to file an amended complaint will result in a recommendation that this action be dismissed without prejudice.

    Accordingly, IT IS HEREBY ORDERED that plaintiff is granted an additional thirty days from the date of this order in which to file an amended complaint.  No further extensions of time will be granted.

Dated:  December 30, 2022

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/deve1389.36b