UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL WILLIAM DEVELTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CRAVEN, et al.,<br><br>    Defendants. | No. 2:22-cv-1389 KJN P<br><br>ORDER & FINDINGS & RECOMMENDATIONS |

By order filed March 20, 2023, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On April 20, 2023, 2023, the order was re-served on plaintiff. Thirty days from that date have expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Although it appears from the file that plaintiff's copies of the order were returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 24, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/deve1389.fta.nca